**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kathleen Callaghan                                                          CHAPTER 13
       Edward Callaghan
           Debtor(s)                                                         BKY. NO. 23-11920 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of ANDREWS FEDERAL CREDIT UNION and index same on the master mailing list.

                        Respectfully submitted,

                        /s/ **Mark A. Cronin**
                        Mark Cronin
                        10 Jul 2023, 13:01:43, EDT

                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322