# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  EDWARD CALLAGHAN  :  CHAPTER 13
        KATHLEEN CALLAGHAN  :
        Debtors  :  NO. 23-11920

## ORDER

AND NOW, this **17th** day of **July**, 2023, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtors, it is hereby ORDERED that the Debtors be granted an extension to **July 30, 2023** in which to file the Debtors' Schedules, Statement of Affairs, Ch13 Income Form 122C-1, Chapter 13 Plan, and two months' income information.

_____ J.
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge