**Council Rock School District, Newtown, PA 18940**　　　　　　　　　　　　　　　　　　　　　　　　Advice Amount: $3,458.08

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 2861 | KATHLEEN R CALLAGHAN | SOL FEINSTONE ELEMENTARY (455) | SEMI-MONTH | 05/30/2023 | 05/31/2023 | 1417053 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|
| TEACH&ADMN | $0.00 | 0.00 | $4,964.17 | $49,641.70 | FICA | $300.36 | $3,003.60 |
| COORD | $0.00 | 0.00 | $61.87 | $618.70 | MED | $70.25 | $702.50 |
| 50KNONCASH | $0.00 | 0.00 | $5.18 | $51.80 | HLTHCARE | $185.64 | $1,856.40 |
| TOTAL | | 0 | $5,031.22 | $50,312.20 | VISIONCREAPA | $1.01 | $10.10 |
| | | | | | FED INC TAX | $357.78 | $3,577.80 |
| | | | | | PA ST TAX | $148.57 | $1,485.70 |
| | | | | | UPPMAKE/WAGE | $48.39 | $483.90 |
| | | | | | RETIREMENT | $376.95 | $3,769.50 |
| | | | | | UPPMAKE/OPT | $0.00 | $10.00 |
| | | | | | PA UNEMP | $3.52 | $35.20 |
| | | | | | SUNLIFE-SHRT | $12.60 | $126.00 |
| | | | | | SUNLIFE-LONG | $9.73 | $97.30 |
| | | | | | CREA DUES | $53.16 | $531.60 |
| | | | | | TOTAL | $1,567.96 | $15,689.60 |

| DEPOSITS | | |
|---|---|---|
| SANTANDER | | $3,458.08 |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | M | 4 | $0.00 |
| State | M | 2 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $4,467.62 | $44,676.20 |
| Gross Pay | $5,031.22 | $50,312.20 |
| Deductions | $1,567.96 | $15,689.60 |
| Net Pay | $3,458.08 | $34,570.80 |



**Council Rock School District**
PAYROLL DEPARTMENT
30 North Chancellor Street
Newtown, PA 18940
Payroll Account

Advice Date　　05/30/2023
Advice Number　　1417053

*** Three Thousand Four Hundred And Fifty-Eight Dollars And Eight Cents ***　　　　$3,458.08

Pay To The Order Of
KATHLEEN R CALLAGHAN
248 ROYAL COURT
LANGHORNE, PA 19047

**DIRECT DEPOSIT
NON-NEGOTIABLE**

Case 23-11920-mdc    Doc 21    Filed 09/17/23    Entered 09/17/23 18:11:09    Desc Main
Document      Page 2 of 13

Council Rock School District, Newtown, PA 18940  
Advice Amount: $3,458.08

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 2861 | KATHLEEN R CALLAGHAN | SOL FEINSTONE ELEMENTARY (455) | SEMI-MONTH | 05/15/2023 | 05/15/2023 | 1415575 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD |
|---|---|---|---|---|
| TEACH&ADMN | $0.00 | 0.00 | $4,964.17 | $44,677.53 |
| COORD | $0.00 | 0.00 | $61.87 | $556.83 |
| 50KNONCASH | $0.00 | 0.00 | $5.18 | $46.62 |
| TOTAL | | 0 | $5,031.22 | $45,280.98 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| FICA | $300.36 | $2,703.24 |
| MED | $70.25 | $632.25 |
| HLTHCARE | $185.64 | $1,670.76 |
| VISIONCREAPA | $1.01 | $9.09 |
| FED INC TAX | $357.78 | $3,220.02 |
| PA ST TAX | $148.57 | $1,337.13 |
| UPPMAKE/WAGE | $48.39 | $435.51 |
| RETIREMENT | $376.95 | $3,392.55 |
| UPPMAKE/OPT | $0.00 | $10.00 |
| PA UNEMP | $3.52 | $31.68 |
| SUNLIFE-SHRT | $12.60 | $113.40 |
| SUNLIFE-LONG | $9.73 | $87.57 |
| CREA DUES | $53.16 | $478.44 |
| TOTAL | $1,567.96 | $14,121.64 |

| DEPOSITS | |
|---|---|
| SANTANDER | $3,458.08 |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | M | 4 | $0.00 |
| State | M | 2 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $4,467.62 | $40,208.58 |
| Gross Pay | $5,031.22 | $45,280.98 |
| Deductions | $1,567.96 | $14,121.64 |
| Net Pay | $3,458.08 | $31,112.72 |



**Council Rock School District**  
PAYROLL DEPARTMENT  
30 North Chancellor Street  
Newtown, PA 18940  
Payroll Account

Advice Date: 05/15/2023  
Advice Number: 1415575

\*\*\* Three Thousand Four Hundred And Fifty-Eight Dollars And Eight Cents \*\*\*   $3,458.08

Pay To The Order Of: KATHLEEN R CALLAGHAN  
248 ROYAL COURT  
LANGHORNE, PA 19047

**DIRECT DEPOSIT**  
**NON-NEGOTIABLE**

**Council Rock School District, Newtown, PA 18940**                                    Advice Amount: $3,458.08

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 2861 | KATHLEEN R CALLAGHAN | SOL FEINSTONE ELEMENTARY (455) | SEMI-MONTH | 04/28/2023 | 04/30/2023 | 1413809 |

| EARNINGS | RATE | DAYS/HOURS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|
| TEACH&ADMN | $0.00 | 0.00 | $4,964.17 | $39,713.36 | FICA | $300.36 | $2,402.88 |
| PER ILL D 04/03/23 | $0.00 | 1.00 | $0.00 | $0.00 | MED | $70.25 | $562.00 |
| | | | | | HLTHCARE | $185.64 | $1,485.12 |
| COORD | $0.00 | 0.00 | $61.87 | $494.96 | VISIONCREAPA | $1.01 | $8.08 |
| 50KNONCASH | $0.00 | 0.00 | $5.18 | $41.44 | FED INC TAX | $357.78 | $2,862.24 |
| TOTAL | | 1 | $5,031.22 | $40,249.76 | PA ST TAX | $148.57 | $1,188.56 |
| | | | | | UPPMAKE/WAGE | $48.39 | $387.12 |
| | | | | | RETIREMENT | $376.95 | $3,015.60 |
| | | | | | UPPMAKE/OPT | $0.00 | $10.00 |
| | | | | | PA UNEMP | $3.52 | $28.16 |
| | | | | | SUNLIFE-SHRT | $12.60 | $100.80 |
| | | | | | SUNLIFE-LONG | $9.73 | $77.84 |
| | | | | | CREA DUES | $53.16 | $425.28 |
| | | | | | TOTAL | $1,567.96 | $12,553.68 |

**DEPOSITS**

| SANTANDER | | | | | | | $3,458.08 |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | M | 4 | $0.00 |
| State | M | 2 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $4,467.62 | $35,740.96 |
| Gross Pay | $5,031.22 | $40,249.76 |
| Deductions | $1,567.96 | $12,553.68 |
| Net Pay | $3,458.08 | $27,654.64 |



**Council Rock School District**  
PAYROLL DEPARTMENT  
30 North Chancellor Street  
Newtown, PA 18940  
Payroll Account

Advice Date: 04/28/2023  
Advice Number: 1413809

\*\*\* Three Thousand Four Hundred And Fifty-Eight Dollars And Eight Cents \*\*\*     **$3,458.08**

Pay To The Order Of   KATHLEEN R CALLAGHAN  
248 ROYAL COURT  
LANGHORNE, PA 19047

**DIRECT DEPOSIT**  
**NON-NEGOTIABLE**

**Council Rock School District, Newtown, PA 18940**    Advice Amount: $3,458.08

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 2861 | KATHLEEN R CALLAGHAN | SOL FEINSTONE ELEMENTARY (455) | SEMI-MONTH | 04/14/2023 | 04/15/2023 | 1412326 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD |
|---|---|---|---|---|
| TEACH&ADMN | $0.00 | 0.00 | $4,964.17 | $34,749.19 |
| COORD | $0.00 | 0.00 | $61.87 | $433.09 |
| 50KNONCASH | $0.00 | 0.00 | $5.18 | $36.26 |
| TOTAL | | 0 | $5,031.22 | $35,218.54 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| FICA | $300.36 | $2,102.52 |
| MED | $70.25 | $491.75 |
| HLTHCARE | $185.64 | $1,299.48 |
| VISIONCREAPA | $1.01 | $7.07 |
| FED INC TAX | $357.78 | $2,504.46 |
| PA ST TAX | $148.57 | $1,039.99 |
| UPPMAKE/WAGE | $48.39 | $338.73 |
| RETIREMENT | $376.95 | $2,638.65 |
| UPPMAKE/OPT | $0.00 | $10.00 |
| PA UNEMP | $3.52 | $24.64 |
| SUNLIFE-SHRT | $12.60 | $88.20 |
| SUNLIFE-LONG | $9.73 | $68.11 |
| CREA DUES | $53.16 | $372.12 |
| TOTAL | $1,567.96 | $10,985.72 |

| DEPOSITS | | |
|---|---|---|
| SANTANDER | | $3,458.08 |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | M | 4 | $0.00 |
| State | M | 2 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $4,467.62 | $31,273.34 |
| Gross Pay | $5,031.22 | $35,218.54 |
| Deductions | $1,567.96 | $10,985.72 |
| Net Pay | $3,458.08 | $24,196.56 |



**Council Rock School District**
PAYROLL DEPARTMENT
30 North Chancellor Street
Newtown, PA 18940
Payroll Account

Advice Date: 04/14/2023    Advice Number: 1412326

*** Three Thousand Four Hundred And Fifty-Eight Dollars And Eight Cents ***    **$3,458.08**

Pay To The Order Of: KATHLEEN R CALLAGHAN
248 ROYAL COURT
LANGHORNE, PA 19047

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

Council Rock School District, Newtown, PA 18940                                                                 Advice Amount: $3,458.08

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 2861 | KATHLEEN R CALLAGHAN | SOL FEINSTONE ELEMENTARY (455) | SEMI-MONTH | 03/30/2023 | 03/31/2023 | 1410852 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|
| TEACH&ADMN | $0.00 | 0.00 | $4,964.17 | $29,785.02 | FICA | $300.36 | $1,802.16 |
| PER ILL D 03/09/23 | $0.00 | 1.25 | $0.00 | $0.00 | MED | $70.25 | $421.50 |
| | | | | | HLTHCARE | $185.64 | $1,113.84 |
| PERS BUS D 03/24/23 | $0.00 | 1.00 | $0.00 | $0.00 | VISIONCREAPA | $1.01 | $6.06 |
| | | | | | FED INC TAX | $357.78 | $2,146.68 |
| COORD | $0.00 | 0.00 | $61.87 | $371.22 | PA ST TAX | $148.57 | $891.42 |
| 50KNONCASH | $0.00 | 0.00 | $5.18 | $31.08 | UPPMAKE/WAGE | $48.39 | $290.34 |
| TOTAL | | 2.25 | $5,031.22 | $30,187.32 | RETIREMENT | $376.95 | $2,261.70 |
| | | | | | UPPMAKE/OPT | $0.00 | $10.00 |
| | | | | | PA UNEMP | $3.52 | $21.12 |
| | | | | | SUNLIFE-SHRT | $12.60 | $75.60 |
| | | | | | SUNLIFE-LONG | $9.73 | $58.38 |
| | | | | | CREA DUES | $53.16 | $318.96 |
| | | | | | TOTAL | $1,567.96 | $9,417.76 |

| DEPOSITS | | |
|---|---|---|
| SANTANDER | | $3,458.08 |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | M | 4 | $0.00 |
| State | M | 2 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $4,467.62 | $26,805.72 |
| Gross Pay | $5,031.22 | $30,187.32 |
| Deductions | $1,567.96 | $9,417.76 |
| Net Pay | $3,458.08 | $20,738.48 |



**Council Rock School District**
PAYROLL DEPARTMENT
30 North Chancellor Street
Newtown, PA 18940
Payroll Account

| Advice Date | Advice Number |
|---|---|
| 03/30/2023 | 1410852 |

*** Three Thousand Four Hundred And Fifty-Eight Dollars And Eight Cents ***          **$3,458.08**

Pay To The Order Of    KATHLEEN R CALLAGHAN
248 ROYAL COURT
LANGHORNE, PA 19047

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

**Council Rock School District, Newtown, PA 18940**                                   Advice Amount: $3,458.08

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 2861 | KATHLEEN R CALLAGHAN | SOL FEINSTONE ELEMENTARY (455) | SEMI-MONTH | 03/15/2023 | 03/15/2023 | 1409367 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD |
|---|---|---|---|---|
| TEACH&ADMN | $0.00 | 0.00 | $4,964.17 | $24,820.85 |
| PER ILL D 02/22/23 | $0.00 | 1.00 | $0.00 | $0.00 |
| COORD | $0.00 | 0.00 | $61.87 | $309.35 |
| 50KNONCASH | $0.00 | 0.00 | $5.18 | $25.90 |
| TOTAL | | 1 | $5,031.22 | $25,156.10 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| FICA | $300.36 | $1,501.80 |
| MED | $70.25 | $351.25 |
| HLTHCARE | $185.64 | $928.20 |
| VISIONCREAPA | $1.01 | $5.05 |
| FED INC TAX | $357.78 | $1,788.90 |
| PA ST TAX | $148.57 | $742.85 |
| UPPMAKE/WAGE | $48.39 | $241.95 |
| RETIREMENT | $376.95 | $1,884.75 |
| UPPMAKE/OPT | $0.00 | $10.00 |
| PA UNEMP | $3.52 | $17.60 |
| SUNLIFE-SHRT | $12.60 | $63.00 |
| SUNLIFE-LONG | $9.73 | $48.65 |
| CREA DUES | $53.16 | $265.80 |
| TOTAL | $1,567.96 | $7,849.80 |

| DEPOSITS | |
|---|---|
| SANTANDER | $3,458.08 |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | M | 4 | $0.00 |
| State | M | 2 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $4,467.62 | $22,338.10 |
| Gross Pay | $5,031.22 | $25,156.10 |
| Deductions | $1,567.96 | $7,849.80 |
| Net Pay | $3,458.08 | $17,280.40 |



**Council Rock School District**
PAYROLL DEPARTMENT
30 North Chancellor Street
Newtown, PA 18940
Payroll Account

Advice Date: 03/15/2023    Advice Number: 1409367

*** Three Thousand Four Hundred And Fifty-Eight Dollars And Eight Cents ***            $3,458.08

Pay To The Order Of
KATHLEEN R CALLAGHAN
248 ROYAL COURT
LANGHORNE, PA 19047

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

**Council Rock School District, Newtown, PA 18940**  Advice Amount: $3,458.08

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 2861 | KATHLEEN R CALLAGHAN | SOL FEINSTONE ELEMENTARY (455) | SEMI-MONTH | 02/28/2023 | 02/28/2023 | 1407883 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|
| TEACH&ADMN | $0.00 | 0.00 | $4,964.17 | $19,856.68 | FICA | $300.36 | $1,201.44 |
| COORD | $0.00 | 0.00 | $61.87 | $247.48 | MED | $70.25 | $281.00 |
| 50KNONCASH | $0.00 | 0.00 | $5.18 | $20.72 | HLTHCARE | $185.64 | $742.56 |
| TOTAL | | 0 | $5,031.22 | $20,124.88 | VISIONCREAPA | $1.01 | $4.04 |
| | | | | | FED INC TAX | $357.78 | $1,431.12 |
| | | | | | PA ST TAX | $148.57 | $594.28 |
| | | | | | UPPMAKE/WAGE | $48.39 | $193.56 |
| | | | | | RETIREMENT | $376.95 | $1,507.80 |
| | | | | | UPPMAKE/OPT | $0.00 | $10.00 |
| | | | | | PA UNEMP | $3.52 | $14.08 |
| | | | | | SUNLIFE-SHRT | $12.60 | $50.40 |
| | | | | | SUNLIFE-LONG | $9.73 | $38.92 |
| | | | | | CREA DUES | $53.16 | $212.64 |
| | | | | | TOTAL | $1,567.96 | $6,281.84 |

| DEPOSITS | |
|---|---|
| SANTANDER | $3,458.08 |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | M | 4 | $0.00 |
| State | M | 2 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $4,467.62 | $17,870.48 |
| Gross Pay | $5,031.22 | $20,124.88 |
| Deductions | $1,567.96 | $6,281.84 |
| Net Pay | $3,458.08 | $13,822.32 |



**Council Rock School District**
PAYROLL DEPARTMENT
30 North Chancellor Street
Newtown, PA 18940
Payroll Account

Advice Date: 02/28/2023    Advice Number: 1407883

*** Three Thousand Four Hundred And Fifty-Eight Dollars And Eight Cents ***    $3,458.08

Pay To The Order Of: KATHLEEN R CALLAGHAN
248 ROYAL COURT
LANGHORNE, PA 19047

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

Council Rock School District, Newtown, PA 18940                                            Advice Amount: $3,458.08

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 2861 | KATHLEEN R CALLAGHAN | SOL FEINSTONE ELEMENTARY (455) | SEMI-MONTH | 02/15/2023 | 02/15/2023 | 1406403 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|
| TEACH&ADMN | $0.00 | 0.00 | $4,964.17 | $14,892.51 | FICA | $300.36 | $901.08 |
| PER ILL D | | | | | MED | $70.25 | $210.75 |
| 12/02/22 - quarter of a day | $0.00 | 3.75 | $0.00 | $0.00 | HLTHCARE | $185.64 | $556.92 |
| | | | | | VISIONCREAPA | $1.01 | $3.03 |
| PERS BUS D | $0.00 | 1.00 | $0.00 | $0.00 | FED INC TAX | $357.78 | $1,073.34 |
| 12/21/22 | | | | | PA ST TAX | $148.57 | $445.71 |
| COORD | $0.00 | 0.00 | $61.87 | $185.61 | UPPMAKE/WAGE | $48.39 | $145.17 |
| 50KNONCASH | $0.00 | 0.00 | $5.18 | $15.54 | RETIREMENT | $376.95 | $1,130.85 |
| TOTAL | | 4.75 | $5,031.22 | $15,093.66 | UPPMAKE/OPT | $0.00 | $10.00 |
| | | | | | PA UNEMP | $3.52 | $10.56 |
| | | | | | SUNLIFE-SHRT | $12.60 | $37.80 |
| | | | | | SUNLIFE-LONG | $9.73 | $29.19 |
| | | | | | CREA DUES | $53.16 | $159.48 |
| | | | | | TOTAL | $1,567.96 | $4,713.88 |

| DEPOSITS | | |
|---|---|---|
| SANTANDER | | $3,458.08 |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | M | 4 | $0.00 |
| State | M | 2 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $4,467.62 | $13,402.86 |
| Gross Pay | $5,031.22 | $15,093.66 |
| Deductions | $1,567.96 | $4,713.88 |
| Net Pay | $3,458.08 | $10,364.24 |



**Council Rock School District**
PAYROLL DEPARTMENT
30 North Chancellor Street
Newtown, PA 18940
Payroll Account

Advice Date: 02/15/2023     Advice Number: 1406403

*** Three Thousand Four Hundred And Fifty-Eight Dollars And Eight Cents ***     $3,458.08

Pay To The Order Of
KATHLEEN R CALLAGHAN
248 ROYAL COURT
LANGHORNE, PA 19047

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

Council Rock School District, Newtown, PA 18940 — Advice Amount: $3,458.08

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 2861 | KATHLEEN R CALLAGHAN | SOL FEINSTONE ELEMENTARY (455) | SEMI-MONTH | 01/30/2023 | 01/31/2023 | 1404764 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD |
|---|---|---|---|---|
| TEACH&ADMN | $0.00 | 0.00 | $4,964.17 | $9,928.34 |
| COORD | $0.00 | 0.00 | $61.87 | $123.74 |
| 50KNONCASH | $0.00 | 0.00 | $5.18 | $10.36 |
| TOTAL | | 0 | $5,031.22 | $10,062.44 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| FICA | $300.36 | $600.72 |
| MED | $70.25 | $140.50 |
| HLTHCARE | $185.64 | $371.28 |
| VISIONCREAPA | $1.01 | $2.02 |
| FED INC TAX | $357.78 | $715.56 |
| PA ST TAX | $148.57 | $297.14 |
| UPPMAKE/WAGE | $48.39 | $96.78 |
| RETIREMENT | $376.95 | $753.90 |
| UPPMAKE/OPT | $0.00 | $10.00 |
| PA UNEMP | $3.52 | $7.04 |
| SUNLIFE-SHRT | $12.60 | $25.20 |
| SUNLIFE-LONG | $9.73 | $19.46 |
| CREA DUES | $53.16 | $106.32 |
| TOTAL | $1,567.96 | $3,145.92 |

| DEPOSITS | |
|---|---|
| SANTANDER | $3,458.08 |

| WITHHOLDING ALLOWANCES | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
|---|---|---|---|
| Federal | M | 4 | $0.00 |
| State | M | 2 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $4,467.62 | $8,935.24 |
| Gross Pay | $5,031.22 | $10,062.44 |
| Deductions | $1,567.96 | $3,145.92 |
| Net Pay | $3,458.08 | $6,906.16 |



**Council Rock School District**
PAYROLL DEPARTMENT
30 North Chancellor Street
Newtown, PA 18940
Payroll Account

Advice Date: 01/30/2023     Advice Number: 1404764

*** Three Thousand Four Hundred And Fifty-Eight Dollars And Eight Cents ***          $3,458.08

Pay To The Order Of
KATHLEEN R CALLAGHAN
248 ROYAL COURT
LANGHORNE, PA 19047

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

**Council Rock School District, Newtown, PA 18940**                          Advice Amount: $3,448.08

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 2861 | KATHLEEN R CALLAGHAN | SOL FEINSTONE ELEMENTARY (455) | SEMI-MONTH | 01/13/2023 | 01/15/2023 | 1403286 |

| EARNINGS | RATE | DAYS/HOURS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|
| TEACH&ADMN | $0.00 | 0.00 | $4,964.17 | $4,964.17 | FICA | $300.36 | $300.36 |
| COORD | $0.00 | 0.00 | $61.87 | $61.87 | MED | $70.25 | $70.25 |
| 50KNONCASH | $0.00 | 0.00 | $5.18 | $5.18 | HLTHCARE | $185.64 | $185.64 |
| TOTAL | | 0 | $5,031.22 | $5,031.22 | VISIONCREAPA | $1.01 | $1.01 |
| | | | | | FED INC TAX | $357.78 | $357.78 |
| | | | | | PA ST TAX | $148.57 | $148.57 |
| | | | | | UPPMAKE/WAGE | $48.39 | $48.39 |
| | | | | | RETIREMENT | $376.95 | $376.95 |
| | | | | | UPPMAKE/OPT | $10.00 | $10.00 |
| | | | | | PA UNEMP | $3.52 | $3.52 |
| | | | | | SUNLIFE-SHRT | $12.60 | $12.60 |
| | | | | | SUNLIFE-LONG | $9.73 | $9.73 |
| | | | | | CREA DUES | $53.16 | $53.16 |
| | | | | | TOTAL | $1,577.96 | $1,577.96 |

**DEPOSITS**

| SANTANDER | $3,448.08 |
|---|---|

**WITHHOLDING ALLOWANCES**

| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
|---|---|---|---|
| Federal | M | 4 | $0.00 |
| State | M | 2 | $0.00 |

**ADVICE TOTALS**

| TYPE | CURRENT | YTD |
|---|---|---|
| Taxable Pay | $4,467.62 | $4,467.62 |
| Gross Pay | $5,031.22 | $5,031.22 |
| Deductions | $1,577.96 | $1,577.96 |
| Net Pay | $3,448.08 | $3,448.08 |



**COUNCIL ROCK SCHOOL DISTRICT**

Council Rock School District
PAYROLL DEPARTMENT
30 North Chancellor Street
Newtown, PA 18940
Payroll Account

Advice Date: 01/13/2023
Advice Number: 1403286

*** Three Thousand Four Hundred And Forty-Eight Dollars And Eight Cents ***     $3,448.08

Pay To The Order Of
KATHLEEN R CALLAGHAN
248 ROYAL COURT
LANGHORNE, PA 19047

**DIRECT DEPOSIT
NON-NEGOTIABLE**

**Council Rock School District, Newtown, PA 18940**    Advice Amount: $3,448.71

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 2861 | KATHLEEN R CALLAGHAN | SOL FEINSTONE ELEMENTARY (455) | SEMI-MONTH | 12/30/2022 | 12/31/2022 | 1401810 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|
| TEACH&ADMN | $0.00 | 0.00 | $4,964.17 | $59,313.90 | FICA | $300.26 | $7,086.38 |
| COORD | $0.00 | 0.00 | $61.87 | $494.96 | MED | $70.22 | $1,657.21 |
| 50KNONCASH | $0.00 | 0.00 | $3.45 | $81.30 | HLTHCARE | $185.64 | $4,455.36 |
| PRORATED | $0.00 | 0.00 | $0.00 | $58,545.48 | VISIONCREAPA | $1.01 | $24.24 |
| EDRPP | $0.00 | 0.00 | $0.00 | $340.00 | FED INC TAX | $367.78 | $8,574.45 |
| TOTAL | | 0 | $5,029.49 | $118,775.64 | PA ST TAX | $148.57 | $3,506.42 |
| | | | | | UPPMAKE/WAGE | $48.39 | $1,142.10 |
| | | | | | RETIREMENT | $376.95 | $8,902.06 |
| | | | | | UPPMAKE/OPT | $0.00 | $10.00 |
| | | | | | PA UNEMP | $3.02 | $71.29 |
| | | | | | SUNLIFE-SHRT | $12.60 | $302.40 |
| | | | | | SUNLIFE-LONG | $9.73 | $233.52 |
| | | | | | CREA DUES | $53.16 | $1,001.32 |
| | | | | | TOTAL | $1,577.33 | $36,966.75 |

| DEPOSITS | | |
|---|---|---|
| SANTANDER | | $3,448.71 |

PLEASE RETAIN THIS PAYSTUB FOR YOUR RECORD UNTIL W-2'S ARE RECEIVED.

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | M | 4 | $0.00 |
| State | M | 2 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $4,465.89 | $105,393.98 |
| Gross Pay | $5,029.49 | $118,775.64 |
| Deductions | $1,577.33 | $36,966.75 |
| Net Pay | $3,448.71 | $81,727.59 |



**Council Rock School District**
PAYROLL DEPARTMENT
30 North Chancellor Street
Newtown, PA 18940
Payroll Account

Advice Date: 12/30/2022    Advice Number: 1401810

*** Three Thousand Four Hundred And Forty-Eight Dollars And Seventy-One Cents ***    **$3,448.71**

Pay To The Order Of: KATHLEEN R CALLAGHAN
248 ROYAL COURT
LANGHORNE, PA 19047

**DIRECT DEPOSIT
NON-NEGOTIABLE**

Council Rock School District, Newtown, PA 18940

Advice Amount: $3,448.71

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 2861 | KATHLEEN R CALLAGHAN | SOL FEINSTONE ELEMENTARY (455) | SEMI-MONTH | 12/15/2022 | 12/15/2022 | 1400346 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|
| TEACH&ADMN | $0.00 | 0.00 | $4,964.17 | $54,349.73 | FICA | $300.26 | $6,786.12 |
| PER ILL D | $0.00 | 7.50 | $0.00 | $0.00 | MED | $70.22 | $1,586.99 |
| COORD | $0.00 | 0.00 | $61.87 | $433.09 | HLTHCARE | $185.64 | $4,269.72 |
| 50KNONCASH | $0.00 | 0.00 | $3.45 | $77.85 | VISIONCREAPA | $1.01 | $23.23 |
| PRORATED | $0.00 | 0.00 | $0.00 | $58,545.48 | FED INC TAX | $367.78 | $8,206.67 |
| EDRPP | $0.00 | 0.00 | $0.00 | $340.00 | PA ST TAX | $148.57 | $3,357.85 |
| TOTAL | | 7.5 | $5,029.49 | $113,746.15 | UPPMAKE/WAGE | $48.39 | $1,093.71 |
| | | | | | RETIREMENT | $376.95 | $8,525.11 |
| | | | | | UPPMAKE/OPT | $0.00 | $10.00 |
| | | | | | PA UNEMP | $3.02 | $68.27 |
| | | | | | SUNLIFE-SHRT | $12.60 | $289.80 |
| | | | | | SUNLIFE-LONG | $9.73 | $223.79 |
| | | | | | CREA DUES | $53.16 | $948.16 |
| | | | | | TOTAL | $1,577.33 | $35,389.42 |

| DEPOSITS | |
|---|---|
| SANTANDER | $3,448.71 |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | M | 4 | $0.00 |
| State | M | 2 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $4,465.89 | $100,928.09 |
| Gross Pay | $5,029.49 | $113,746.15 |
| Deductions | $1,577.33 | $35,389.42 |
| Net Pay | $3,448.71 | $78,278.88 |



**Council Rock School District**
PAYROLL DEPARTMENT
30 North Chancellor Street
Newtown, PA 18940
Payroll Account

| Advice Date | Advice Number |
|---|---|
| 12/15/2022 | 1400346 |

*** Three Thousand Four Hundred And Forty-Eight Dollars And Seventy-One Cents ***    **$3,448.71**

Pay To The Order Of    KATHLEEN R CALLAGHAN
248 ROYAL COURT
LANGHORNE, PA 19047

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

Council Rock School District, Newtown, PA 18940																	Advice Amount: $3,448.71

| EMP NO | EMPLOYEE NAME | | DEPARTMENT | | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|---|---|
| 2861 | KATHLEEN R CALLAGHAN | | SOL FEINSTONE ELEMENTARY (455) | | SEMI-MONTH | 11/30/2022 | 11/30/2022 | 1398869 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD | DEDUCTIONS | | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| TEACH&ADMN | $0.00 | 0.00 | $4,964.17 | $49,385.56 | FICA | | $300.26 | $6,485.86 |
| COORD | $0.00 | 0.00 | $61.87 | $371.22 | MED | | $70.22 | $1,516.77 |
| 50KNONCASH | $0.00 | 0.00 | $3.45 | $74.40 | HLTHCARE | | $185.64 | $4,084.08 |
| PRORATED | $0.00 | 0.00 | $0.00 | $58,545.48 | VISIONCREAPA | | $1.01 | $22.22 |
| EDRPP | $0.00 | 0.00 | $0.00 | $340.00 | FED INC TAX | | $367.78 | $7,838.89 |
| TOTAL | | 0 | $5,029.49 | $108,716.66 | PA ST TAX | | $148.57 | $3,209.28 |
| | | | | | UPPMAKE/WAGE | | $48.39 | $1,045.32 |
| | | | | | RETIREMENT | | $376.95 | $8,148.16 |
| | | | | | UPPMAKE/OPT | | $0.00 | $10.00 |
| | | | | | PA UNEMP | | $3.02 | $65.25 |
| | | | | | SUNLIFE-SHRT | | $12.60 | $277.20 |
| | | | | | SUNLIFE-LONG | | $9.73 | $214.06 |
| | | | | | CREA DUES | | $53.16 | $895.00 |
| | | | | | TOTAL | | $1,577.33 | $33,812.09 |

| DEPOSITS | |
|---|---|
| SANTANDER | $3,448.71 |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | M | 4 | $0.00 |
| State | M | 2 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $4,465.89 | $96,462.20 |
| Gross Pay | $5,029.49 | $108,716.66 |
| Deductions | $1,577.33 | $33,812.09 |
| Net Pay | $3,448.71 | $74,830.17 |



**Council Rock School District**
PAYROLL DEPARTMENT
30 North Chancellor Street
Newtown, PA 18940
Payroll Account

Advice Date: 11/30/2022    Advice Number: 1398869

**COUNCIL ROCK SCHOOL DISTRICT**

*** Three Thousand Four Hundred And Forty-Eight Dollars And Seventy-One Cents ***    **$3,448.71**

Pay To The Order Of    KATHLEEN R CALLAGHAN
248 ROYAL COURT
LANGHORNE, PA 19047

**DIRECT DEPOSIT
NON-NEGOTIABLE**