IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>EDWARD CALLAGHAN and<br>KATHLEEN CALLAGHAN,<br><br>    Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION<br><br>    Movant,<br><br>        v.<br><br>EDWARD CALLAGHAN and<br>KATHLEEN CALLAGHAN, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Bankruptcy No. 23-11920-mdc<br><br>Chapter 13<br><br>Related to Doc. No. 23 |

### PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE CLERK OF COURTS:

    Kindly withdraw the Objection to Confirmation of Plan filed on behalf of Toyota Motor Credit Corporation on September 22, 2023 at Document No. 23. The Debtor's First Amended Chapter 13 Plan filed on October 3, 2023 at Document No. 24 resolves the Objection to Confirmation of Plan.

Dated: October 4, 2023

                                        Respectfully submitted,

                                        By: /s/ Keri P. Ebeck
                                        Keri P. Ebeck
                                        PA I.D. # 91298
                                        kebeck@bernsteinlaw.com
                                        601 Grant Street, 9th Floor
                                        Pittsburgh, PA 15219
                                        412-456-8112
                                        Fax: 412-456-8135