| EMP NO | | | | SOL FEINSTONE ELEMENTARY (455) | SEMI-MONTH | 09/29/2023 | 09/30/2023 | 1424672 |
|---|---|---|---|---|---|---|---|---|
| 2861 | KATHLEEN R CALLAGHAN | | | | | | | |

| EARNINGS | RATE | DAYS/HOURS | CURRENT | YTD | DEDUCTIONS | | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| TEACH&ADMN | $0.00 | 0.00 | $5,051.04 | $89,615.67 | FICA | | $305.67 | $5,418.50 |
| COORD | $0.00 | 0.00 | $62.96 | $1,053.97 | MED | | $71.49 | $1,267.30 |
| 50KNONCASH | $0.00 | 0.00 | $5.33 | $93.54 | HLTHCARE | | $188.09 | $3,348.87 |
| TOTAL | | 0 | $5,119.33 | $90,763.18 | VISIONCREAPA | | $1.01 | $18.18 |
| | | | | | FED INC TAX | | $367.27 | $6,461.50 |
| | | | | | PA ST TAX | | $151.19 | $2,680.19 |
| | | | | | UPPMAKE/WAGE | | $49.25 | $872.97 |
| | | | | | RETIREMENT | | $383.55 | $6,800.18 |
| | | | | | UPPMAKE/OPT | | $0.00 | $10.00 |
| | | | | | PA UNEMP | | $3.58 | $63.50 |
| | | | | | SUNLIFE-SHRT | | $12.60 | $226.80 |
| | | | | | SUNLIFE-LONG | | $9.73 | $175.14 |
| | | | | | CREA DUES | | $0.00 | $797.36 |
| | | | | | TOTAL | | $1,543.43 | $28,140.49 |

DEPOSITS

SANTANDER  $3,570.57

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | M | 4 | $0.00 |
| State | M | 2 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $4,546.68 | $80,595.95 |
| Gross Pay | $5,119.33 | $90,763.18 |
| Deductions | $1,543.43 | $28,140.49 |
| Net Pay | $3,570.57 | $62,529.15 |



**Council Rock School District**
PAYROLL DEPARTMENT
30 North Chancellor Street
Newtown, PA 18940
Payroll Account

Advice Date: 09/29/2023
Advice Number: 1424672

*** Three Thousand Five Hundred And Seventy Dollars And Fifty-Seven Cents ***

**$3,570.57**

Pay To The Order Of
KATHLEEN R CALLAGHAN
248 ROYAL COURT
LANGHORNE, PA 19047

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**