United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                            Case No. 23-11920-mdc

Edward Callaghan                                                                  Chapter 13

Kathleen Callaghan

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                                   User: admin                                             Page 1 of 4

Date Rcvd: Jan 19, 2024                            Form ID: 155                                   Total Noticed: 64

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward Callaghan, Kathleen Callaghan, 248 Royal Court, Langhorne, PA 19047-1555 |
| 14797489 | + | ANDREWS FEDERAL CREDIT UNION, C/O Mark A. Cronin, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14798809 | + | Andrews Federal Credit Union, c/o Sarah K. McCaffery, Esquire, Hladik, Onorato & Federman, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14820477 | + | Neshaminy School District Real Estate Taxes, c/o Ray Chapman, Tax Collector, 2222 Trenton Road, Levittown, PA 19056-1400 |
| 14794999 | + | Premier Finance Card Program, 2351 N Forest Road, Getzville, NY 14068-9902 |
| 14795000 | | Santander Bank, Attn: Bankruptcy, Ma1-Mb3-01-09 Pob 841002, Boston, MA 02284 |
| 14795007 | | TD Bank, N.A., Td Bank Usbc, Greenville, SC 29607 |
| 14820475 | + | Township of Middletown, c/o Ray Chapman, Tax Collector, 2222 Trenton Road, Levittown, PA 19056-1400 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14794977 | | Email/Text: collectors@arresourcesinc.com | Jan 20 2024 00:27:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14794978 | | Email/Text: collectors@arresourcesinc.com | Jan 20 2024 00:27:00 | AR Resources, Inc., Pob 1056, Blue Bell, PA 19422 |
| 14794976 | + | Email/Text: bankrupt@andrewsfcu.org | Jan 20 2024 00:27:00 | Andrews FCU, 5711 Allentown Rd, Suitland, MD 20746-4547 |
| 14794975 | + | Email/Text: bankrupt@andrewsfcu.org | Jan 20 2024 00:27:00 | Andrews FCU, Attn: Bankruptcy, 5711 Allentown Rd, Suitland, MD 20746-4547 |
| 14800805 | + | Email/Text: bankrupt@andrewsfcu.org | Jan 20 2024 00:27:00 | Andrews Federal Credit Union, 5711 Allentown Road, Suitland, MD 20746-4547 |
| 14794980 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 20 2024 00:26:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14794979 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 20 2024 00:26:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14808858 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 20 2024 00:26:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14794982 | | Email/Text: bankruptcy@cavps.com | Jan 20 2024 00:27:00 | Cavalry Portfolio Services, 4050 E Cotton Center Blvd, Phoenix, AZ 85040 |
| 14794981 | + | Email/Text: bankruptcy@cavps.com | Jan 20 2024 00:27:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14796296 | + | Email/Text: bankruptcy@cavps.com | Jan 20 2024 00:27:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14800457 | | Email/Text: bnc-quantum@quantum3group.com | | |

Case 23-11920-mdc   Doc 38   Filed 01/21/24   Entered 01/22/24 00:30:40   Desc Imaged
                          Certificate of Notice      Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: 155 | Total Noticed: 64 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14794985 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 20 2024 00:27:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14794986 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 20 2024 00:27:00 | Comenity Bank/Talbots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14794989 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 20 2024 00:27:00 | Comenity Bank/Talbots, Po Box 182789, Columbus, OH 43218-2789 |
| 14813046 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 20 2024 00:27:00 | Dmi/andrews Federal Cu, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 14794990 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2024 00:27:00 | ANDREWS FEDERAL CREDIT UNION, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14804335 | | Email/Text: mrdiscen@discover.com | Jan 20 2024 00:36:21 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14794988 | + | Email/Text: mrdiscen@discover.com | Jan 20 2024 00:26:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14794987 | + | Email/Text: mrdiscen@discover.com | Jan 20 2024 00:26:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14811861 | + | Email/Text: gbechakas@outlook.com | Jan 20 2024 00:26:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14794983 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 20 2024 00:27:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 14794984 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 20 2024 00:36:21 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14803911 | + | Email/Text: RASEBN@raslg.com | Jan 20 2024 00:36:21 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| | | | Jan 20 2024 00:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14805911 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2024 00:36:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14794991 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2024 00:36:40 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 14809181 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2024 00:27:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14794992 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2024 00:27:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14794993 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2024 00:27:00 | Midland Funding/Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 14794994 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 20 2024 00:27:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14794995 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 20 2024 00:27:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 14804614 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 20 2024 00:27:00 | Nelnet on behalf of ECMC, Educational Credit Management Corp, PO Box 16408, St. Paul MN 55116-0408 |
| 14794996 | + | Email/Text: consumerhelpdesk@omega-rms.com | Jan 20 2024 00:27:00 | Omega RMS, llc., Attn: Bankrutpcy, 7505 Nw Tiffany Springs Pky, Ste 500, Kansas City, MO 64153-1313 |
| 14794997 | + | Email/Text: consumerhelpdesk@omega-rms.com | Jan 20 2024 00:27:00 | Omega RMS, llc., 7505 W Tiffany Springs Parkway, Kansas City, MO 64153-1313 |
| 14796122 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2024 00:27:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14794998 | ^ | MEBN | Jan 20 2024 00:21:02 | Premier Finance Card Program, Attn: Bankruptcy, P.O. Box 9208, Old Bethpage, NY 11804-9208 |
| 14811030 | | Email/Text: bnc-quantum@quantum3group.com | Jan 20 2024 00:27:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14795001 | + | Email/Text: DeftBkr@santander.us | Jan 20 2024 00:27:00 | Santander Bank, Po Box 841002, Boston, MA 02284-1002 |
| 14795002 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 20 2024 00:36:21 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14795003 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 20 2024 00:36:28 | Synchrony Bank/QVC, Po Box 71727, Philadelphia, PA 19176-1727 |
| 14795006 | | Email/Text: bankruptcy@td.com | Jan 20 2024 00:27:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Rt 70 East, Cherry Hill, NJ 08003 |
| 14813441 | + | Email/Text: bncmail@w-legal.com | Jan 20 2024 00:27:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14806843 | ^ | MEBN | Jan 20 2024 00:20:49 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14795004 | + | Email/Text: bncmail@w-legal.com | Jan 20 2024 00:27:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14795005 | + | Email/Text: bncmail@w-legal.com | Jan 20 2024 00:27:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 14795009 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 20 2024 00:27:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 14795008 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 20 2024 00:27:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 14804377 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 20 2024 00:27:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14795011 | + | Email/Text: dbogucki@trumark.org | Jan 20 2024 00:27:00 | Trumark Financial Credit Union, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14795010 | + | Email/Text: dbogucki@trumark.org | Jan 20 2024 00:27:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14799483 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 20 2024 00:36:38 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14795013 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 20 2024 00:36:21 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 14795012 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 20 2024 00:36:21 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14804848 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 20 2024 00:36:27 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14795015 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 20 2024 00:36:21 | Wells Fargo Dealer Services, Po Box 71092, Charlotte, NC 28272-1092 |
| 14795014 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 20 2024 00:36:40 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: 155 | Total Noticed: 64 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14820476 | *+ | Township of Middletown, c/o Ray Chapman, Tax Collector, 2222 Trenton Road, Levittown, PA 19056-1400 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| MARK A. CRONIN | on behalf of Creditor Andrews Federal Credit Union bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Kathleen Callaghan support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor Edward Callaghan support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Andrews Federal Credit Union ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Edward Callaghan and Kathleen Callaghan

       Debtor(s)

Chapter: 13
Bankruptcy No: 23−11920−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this January 18, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                      Magdeline D. Coleman
                      Chief Judge, United States Bankruptcy Court

37 − 16
Form 155