## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 23-11920 |
| **Edward Callaghan** | : Chapter 13 |
| **Kathleen Callaghan** | : Judge Ashely M. Chan |
| | : * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : Date and Time of Hearing |
| | : June 20, 2024 at 11:00 a.m. |
| **Movant,** | : |
| vs | : Place of Hearing |
| | : U.S. Bankruptcy Court |
| **Edward Callaghan** | : 900 Market Street, Suite 400, Courtroom #4 |
| **Kathleen Callaghan** | : Philadelphia, PA, 19107 |
| **Kenneth E. West** | : |
| **Respondents.** | Related Document # 45 |

### ORDER OF COURT

AND NOW, to wit, this __26th__ day of __July_____, 2024, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Kenneth E. West, Chapter 13 Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA 19107, ecfemails@ph13trustee.com (notified by ecf)

Paul H. Young, Attorney for Debtor, 3554 Hulmeville Rd., Ste 102, Bensalem, PA 19020, support@ymalaw.com (notified by ecf)

Edward Callaghan and Kathleen Callaghan, Debtor, 248 Royal Court, Langhorne, PA 19047 (notified by regular US Mail)