U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   EDWARD CALLAGHAN     :   CHAPTER 13
          KATHLEEN CALLAGHAN     :
          Debtor(s)     :   BANKRUPTCY NO. 23-11920AMC

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (docket # 55, the Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #57) is **approved**.

Date: Dec. 6, 2024

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE