*Form 237* (3/23)–doc 68

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Edward Callaghan | ) | Case No. 23–11920–djb |
| | ) | |
| | ) | |
|   Kathleen Callaghan | ) | Chapter: 13 |
| | ) | |
|   Debtor(s). | ) | |

## NOTICE

To Middletown Township Finance Department;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that proof of claim #24 in the amount of $$441.10 has been filed in your name by the Debtor on June 10, 2025.

Date: June 13, 2025

For The Court

Timothy B. McGrath
Clerk of Court