United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11920-djb |
| Edward Callaghan | Chapter 13 |
| Kathleen Callaghan | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Jun 13, 2025 | Form ID: 237 | Total Noticed: 71 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward Callaghan, Kathleen Callaghan, 248 Royal Court, Langhorne, PA 19047-1555 |
| | + | Middletown Township Finance Department, 3 Municipal Way, Langhorne, PA 19047-3424 |
| 14797489 | + | ANDREWS FEDERAL CREDIT UNION, C/O Mark A. Cronin, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14798809 | + | Andrews Federal Credit Union, c/o Sarah K. McCaffery, Esquire, Hladik, Onorato & Federman, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14919622 | + | Bucks County Tax Claim, 55 E. Court Street, Doylestown, PA 18901-4318 |
| 14873900 | + | Bucks County Tax Claim Bureau, c/o Michael K. Martin, Esquire, P.O. Box 215, Perkasie, PA 18944-0215 |
| 14873896 | + | Bucks County Tax Claim Bureau, c/o Kelly L. Eberle, Esquire, P.O. Box 215, Perkasie, PA 18944-0215 |
| 14820477 | + | Neshaminy School District Real Estate Taxes, c/o Ray Chapman, Tax Collector, 2222 Trenton Road, Levittown, PA 19056-1400 |
| 14795000 | | Santander Bank, Attn: Bankruptcy, Ma1-Mb3-01-09 Pob 841002, Boston, MA 02284 |
| 14795007 | | TD Bank, N.A., Td Bank Usbc, Greenville, SC 29607 |
| 14820475 | + | Township of Middletown, c/o Ray Chapman, Tax Collector, 2222 Trenton Road, Levittown, PA 19056-1400 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14794977 | | Email/Text: collectors@arresourcesinc.com | Jun 14 2025 00:23:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14794978 | | Email/Text: collectors@arresourcesinc.com | Jun 14 2025 00:23:00 | AR Resources, Inc., Pob 1056, Blue Bell, PA 19422 |
| 14794976 | + | Email/Text: bankrupt@andrewsfcu.org | Jun 14 2025 00:23:00 | Andrews FCU, 5711 Allentown Rd, Suitland, MD 20746-4547 |
| 14794975 | + | Email/Text: bankrupt@andrewsfcu.org | Jun 14 2025 00:23:00 | Andrews FCU, Attn: Bankruptcy, 5711 Allentown Rd, Suitland, MD 20746-4547 |
| 14800805 | + | Email/Text: bankrupt@andrewsfcu.org | Jun 14 2025 00:23:00 | Andrews Federal Credit Union, 5711 Allentown Road, Suitland, MD 20746-4547 |
| 14794980 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 14 2025 00:22:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14794979 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 14 2025 00:22:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14808858 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 14 2025 00:22:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14794982 | | Email/Text: bankruptcy@cavps.com | Jun 14 2025 00:23:00 | Cavalry Portfolio Services, 4050 E Cotton Center Blvd, Phoenix, AZ 85040 |
| 14794981 | + | Email/Text: bankruptcy@cavps.com | Jun 14 2025 00:23:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14796296 | + | Email/Text: bankruptcy@cavps.com | | |

Case 23-11920-djb  Doc 69  Filed 06/15/25  Entered 06/16/25 00:37:03  Desc Imaged
                           Certificate of Notice    Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: 237 | Total Noticed: 71 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14794984 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 14 2025 00:23:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14794983 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 14 2025 00:30:51 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 14800457 | | Email/Text: bnc-quantum@quantum3group.com | Jun 14 2025 00:31:03 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14794985 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 14 2025 00:23:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14794986 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 14 2025 00:23:00 | Comenity Bank/Talbots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14794989 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 14 2025 00:23:00 | Comenity Bank/Talbots, Po Box 182789, Columbus, OH 43218-2789 |
| 14813046 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 14 2025 00:23:00 | Dmi/andrews Federal Cu, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 14794990 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 14 2025 00:23:00 | ANDREWS FEDERAL CREDIT UNION, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14804335 | | Email/Text: mrdiscen@discover.com | Jun 14 2025 00:31:12 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14794988 | + | Email/Text: mrdiscen@discover.com | Jun 14 2025 00:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14794987 | + | Email/Text: mrdiscen@discover.com | Jun 14 2025 00:22:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14811861 | + | Email/Text: gbechakas@outlook.com | Jun 14 2025 00:22:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14803911 | + | Email/Text: RASEBN@raslg.com | Jun 14 2025 00:23:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 14805911 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2025 00:22:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14794991 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 14 2025 00:30:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14809181 | | Email/Text: bankruptcydpt@mcmcg.com | Jun 14 2025 00:30:52 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 14794992 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 14 2025 00:23:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14794993 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 14 2025 00:23:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14931435 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 14 2025 00:23:00 | Midland Funding/Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 14794994 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 14 2025 00:23:00 | Nationstar Mortgage LLC, P.O Box 619096, Dallas, TX 75261-9741 |
| 14794995 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 14 2025 00:23:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14804614 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 14 2025 00:23:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 14794996 | + | Email/Text: consumerhelpdesk@omega-rms.com | Jun 14 2025 00:23:00 | Nelnet on behalf of ECMC, Educational Credit Management Corp, PO Box 16408, St. Paul MN 55116-0408 |
| | | | Jun 14 2025 00:24:00 | Omega RMS, llc., Attn: Bankrutpcy, 7505 Nw Tiffany Springs Pky, Ste 500, Kansas City, MO 64153-1313 |

Case 23-11920-djb  Doc 69  Filed 06/15/25  Entered 06/16/25 00:37:03  Desc Imaged
Certificate of Notice  Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: 237 | Total Noticed: 71 |

| Recipient ID | Flag | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14794997 | + | Email/Text: consumerhelpdesk@omega-rms.com | Jun 14 2025 00:24:00 | Omega RMS, llc., 7505 W Tiffany Springs Parkway, Kansas City, MO 64153-1313 |
| 14796122 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 14 2025 00:23:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14794998 | + | Email/Text: ebnnotices@fidem-financial.com | Jun 14 2025 00:23:00 | Premier Finance Card Program, Attn: Bankruptcy, P.O. Box 9208, Old Bethpage, NY 11804-9208 |
| 14794999 | ^ | MEBN | Jun 14 2025 00:14:38 | Premier Finance Card Program, 2351 N Forest Road, Getzville, NY 14068-9902 |
| 14811030 | | Email/Text: bnc-quantum@quantum3group.com | Jun 14 2025 00:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14795001 | + | Email/Text: DeftBkr@santander.us | Jun 14 2025 00:23:00 | Santander Bank, Po Box 841002, Boston, MA 02284-1002 |
| 14894967 | + | Email/Text: bncmail@w-legal.com | Jun 14 2025 00:23:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Ste 700, Seattle, WA 98101-2051 |
| 14795002 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 14 2025 00:46:39 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14795003 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 14 2025 00:30:48 | Synchrony Bank/QVC, Po Box 71727, Philadelphia, PA 19176-1727 |
| 14795006 | + | Email/Text: bankruptcy@td.com | Jun 14 2025 00:23:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Rt 70 East, Cherry Hill, NJ 08003 |
| 14813441 | + | Email/Text: bncmail@w-legal.com | Jun 14 2025 00:23:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14806843 | ^ | MEBN | Jun 14 2025 00:14:30 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14795004 | + | Email/Text: bncmail@w-legal.com | Jun 14 2025 00:23:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14795005 | + | Email/Text: bncmail@w-legal.com | Jun 14 2025 00:23:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 14795009 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 14 2025 00:23:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 14795008 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 14 2025 00:23:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 14804377 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 14 2025 00:22:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14795011 | + | Email/Text: dbogucki@trumark.org | Jun 14 2025 00:24:00 | Trumark Financial Credit Union, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14795010 | + | Email/Text: dbogucki@trumark.org | Jun 14 2025 00:24:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14799483 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 14 2025 00:31:11 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 14795013 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 14 2025 00:31:28 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 14795012 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 14 2025 00:31:29 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14881824 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 14 2025 00:46:51 | Wells Fargo Bank, N.A., c/o Alyk L. Oflazian, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14804848 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |

|  |  |  | Jun 14 2025 00:31:28 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
|---|---|---|---|---|
| 14795015 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 14 2025 00:30:52 | Wells Fargo Dealer Services, Po Box 71092, Charlotte, NC 28272-1092 |
| 14795014 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 14 2025 00:30:56 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
|  | *+ | Township of Middletown, c/o Ray Chapman, Tax Collector, 2222 Trenton Road, Levittown, PA 19056-1400 |
| 14820476 | *+ | Township of Middletown, c/o Ray Chapman, Tax Collector, 2222 Trenton Road, Levittown, PA 19056-1400 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 15, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Andrews Federal Credit Union bkgroup@kmllawgroup.com |
| KELLY LYN EBERLE | on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com ksaborsky@grimlaw.com;bnorth@grimlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MICHAEL KEVIN MARTIN | on behalf of Creditor Bucks County Tax Claim Bureau mmartin@grimlaw.com ksaborsky@grimlaw.com;bnorth@grimlaw.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Kathleen Callaghan support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor Edward Callaghan support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Jun 13, 2025 | Form ID: 237 | Total Noticed: 71 |

SARAH K. MCCAFFERY
    on behalf of Creditor Andrews Federal Credit Union smccaffery@friedmanvartolo.com ckohn@hoflawgroup.com

Stephen Franks
    on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

Form 237 (3/23)–doc 68

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Edward Callaghan ) Case No. 23−11920−djb
)
)
   Kathleen Callaghan ) Chapter: 13
)
   Debtor(s). )

## NOTICE

To Middletown Township Finance Department;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that proof of claim #24 in the amount of $$441.10 has been filed in your name by the Debtor on June 10, 2025.

Date: June 13, 2025

For The Court

Timothy B. McGrath
Clerk of Court