**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
|   **Edward Callaghan** | : | Case No.: 23-11920 |
|   **Kathleen Callaghan** | : | Chapter 13 |
| | : | Judge Derek J. Baker |
|   **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

### WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Stephen R. Franks as counsel of record for creditor **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** ("Creditor").  Stephen R. Franks is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Stephen R. Franks
Stephen R. Franks (0075345)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181
SRFranks@mdklegal.com

/s/ Adam B. Hall
Adam B. Hall (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
ABHall@mdklegal.com

24-008681_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 23-11920** |
| **Edward Callaghan** | : | **Chapter 13** |
| **Kathleen Callaghan** | : | **Judge Derek J. Baker** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | **Related Document #** |
| | : | |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Edward Callaghan** | : | |
| **Kathleen Callaghan** | : | |
| **Kenneth E. West** | : | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Paul H. Young, Attorney for Edward Callaghan and Kathleen Callaghan, support@ymalaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Edward Callaghan and Kathleen Callaghan, 248 Royal Court, Langhorne, PA  19047

/s/ Adam B. Hall

24-008681_PS