**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>    EDWARD CALLAGHAN<br>    KATHLEEN CALLAGHAN<br><br><br>        Debtor(s)<br><br><br>ROCKET MORTGAGE, LLC S/B/M<br>    NATIONSTAR MORTGAGE LLC<br>    Movant<br>V.<br>EDWARD CALLAGHAN<br>KATHLEEN CALLAGHAN<br><br><br>        Debtors<br><br>KENNETH E. WEST<br>        Trustee | Chapter 13<br><br><br><br><br>Case Number: 23-11920-djb |

**PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

KINDLY WITHDRAW the Motion for Relief from the Automatic Stay re: 48 Royal Ct., Langhorne, PA 19047 [docket #72].

 /s/ *Mark A. Cronin*
Mark A. Cronin, Esq.
PA Bar No. 58240
325 Chestnut Street, Suite 725
Philadelphia, PA 19106
Phone: (215) 402-6989
Email: mark.cronin@mccalla.com
Attorney for Movant

**DATE: 5/20/2026**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the within Praecipe to Withdraw Motion for Relief From Automatic Stay Under 11 USC §362, together with this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail and/or ECF on the date set forth below.

**Edward Callaghan**
248 Royal Court
Langhorne, PA 19047
*Debtor*

**Kathleen Callaghan**
248 Royal Court
Langhorne, PA 19047
*Debtor*

**Young, Marr, Mallis & Deane, LLC**
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020
support@ymalaw.com
*Attorney for Debtor*

**KENNETH E. WEST [Chapter 13]**
Chapter 13 Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com
*Chapter13 Trustee*

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U. S. Trustee*

*Lienholders*
Dmi/andrews Federal Cu
1 Corporate Dr
Lake Zurich, IL 60047

DATE: 5/20/2026                                    _/s/_ *Mark A. Cronin*
                                                   Mark A. Cronin