**United States Bankruptcy Court**

Eastern District of Pennsylvania (Philadelphia)

In re:       EDWARD F CALLAGHAN                      Case no:     23-11920

Chapter:     13

Debtor (s)

**Notice of claim satisfaction**

As to Claim 3-1 filed on 07/18/2023, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

05/29/2026                                /s/Tamika Chew
                                          Senior Bankruptcy Processor
                                          Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

## Certificate Of Service

## United States Bankruptcy Court

### Eastern District of Pennsylvania (Philadelphia)

In re:       EDWARD F CALLAGHAN                        Case no:      23-11920

                                                       Chapter:      13

              Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 05/29/2026, I served a true and correct copy of the above notice of claim satisfaction as follows:

☒  By CM/ECF:
Tamika Chew
Senior Bankruptcy Processor

☐  By mail:
[Name]
[Address]

☐  By [Method of delivery]:
[Name]
[Address]

05/29/2026                            /s/Tamika Chew
                                      Senior Bankruptcy Processor
                                      Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (06/24/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.