**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   **EDWARD CALLAGHAN**     :    **CHAPTER 13**
         **KATHLEEN CALLAGHAN**     :
         **Debtors**                 :    **BANKRUPTCY NO.23-11920DJB**

### PRAECIPE TO WITHDRAW PROOF OF CLAIM #24

TO THE CLERK:

Kindly withdraw Proof of Claim #24, as it has been paid in full.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: June 29, 2026