**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **EDWARD CALLAGHAN** | : **CHAPTER 13** |
| | **KATHLEEN CALLAGHAN** | : |
| | **Debtor(s)** | : **BANKRUPTCY NO. 23-11920D82** |

**ORDER**

AND NOW, upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (docket# 90, the Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #86) is **approved**.

Date:

DERENK J. BAKER
U.S. BANKRUPTCY JUDGE