United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Edward Callaghan
Kathleen Callaghan
Debtors

Case No. 23-11920-djb
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Aug 13, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward Callaghan, Kathleen Callaghan, 248 Royal Court, Langhorne, PA 19047-1555 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| KELLY LYN EBERLE | on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com ksaborsky@grimlaw.com;bnorth@grimlaw.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@metzlewis.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |

| | |
|---|---|
| MARK A. CRONIN | on behalf of Creditor ROCKET MORTGAGE LLC S/B/M NATIONSTAR MORTGAGE LLC philalaw@aol.com, mccallaecf@ecf.courtdrive.com |
| MATTHEW K. FISSEL | on behalf of Creditor Andrews Federal Credit Union bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| MICHAEL KEVIN MARTIN | on behalf of Creditor Bucks County Tax Claim Bureau mmartin@grimlaw.com ksaborsky@grimlaw.com;bnorth@grimlaw.com |
| PAUL H. YOUNG | on behalf of Debtor Edward Callaghan support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Kathleen Callaghan support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Andrews Federal Credit Union smccaffery@friedmanvartolo.com ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **EDWARD CALLAGHAN** | : **CHAPTER 13** |
| | **KATHLEEN CALLAGHAN** | : |
| | **Debtor(s)** | : **BANKRUPTCY NO. 23-11920D82** |

# ORDER

AND NOW, upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (docket# 82, the Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #86) is **approved**.

Date: **August 13, 2026**

DEREK J. BAKER
U.S. BANKRUPTCY JUDGE