**UNITED STATES BANKRUPTCY COURT**

Eastern District of Pennsylvania

In re: Edward Callaghan
Kathleen Callaghan

Case # 23-11920

Claim # 19

# NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE THAT, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Midland Credit Management, Inc. hereby withdraws Proof of Claim number 19 dated August 24, 2023.

Dated: October 26, 2026

/s/ Angela Walmsley
Lead Bankruptcy Specialist
Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090
Phone: 877-495-2902
Fax: 866-818-1718
Email: bankruptcydm@mcmcg.com